UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOV WILLS, PLLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE SERVICES, INC., OPTUM INSIGHT, INC., CHANGE HEALTHCARE INC., CHANGE HEALTHCARE OPERATIONS, LLC, CHANGE HEALTHCARE SOLUTIONS, LLC, CHANGE HEALTHCARE HOLDINGS, INC., CHANGE HEALTHCARE TECHNOLOGIES, LLC, and CHANGE HEALTHCARE PHARMACY SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:26-cv-01754<br><br>**DECLARATION OF BARBARA J. DUFFY IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT AND VERIFICATION OF STATE COURT RECORDS** |

I, Barbara J. Duffy, declare as follows:

1. I am a Partner with Ballard Spahr LLP, attorneys of record for Defendants UnitedHealth Group, Inc., United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare, Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.[1] I have personal knowledge of the facts set forth herein. I make this

[1] Plaintiffs' Complaint names only the entities listed in Paragraphs 7–15 in Defendants' Notice of Removal, as defendants in the caption. The Complaint, however, also lists Optum, Inc.,



BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000 FAX:206.223.7107

declaration based in support of Defendants' Notice of Removal.

2. Attached as **Exhibit 1** is a copy of the current docket sheet for the civil action in King County Superior Court, *Dov Wills, PLLC v. UnitedHealth Group, Inc., et al.*, Case No. 26-2-08678-8 SEA ("State Court Action").

3. Attached as **Exhibit 2** is a copy of all of the pleadings on file in the State Court Action.

4. Attached as **Exhibit 3** is a copy of the waiver of service form dated May 15, 2026.

5. Attached as **Exhibit 4** is a copy of the Notice to Clerk of the Court and Adverse Party of Filing of Notice of Removal to Federal Court, the original of which is being filed with the state court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of May, 2026, at Seattle, Washington.

*s/ Barbara J. Duffy*
Barbara J. Duffy, WSBA No. 18885

---

Optum Financial, Inc., Optum Bank, and Optum Pay as defendants in the introductory paragraph, and discusses their respective roles and citizenship in Paragraphs 26, 27, 28, and 29. Defendants take the position that these entities have not been properly named as defendants because they were not named in the case caption. Nevertheless, in the interest of completeness, their citizenship is as follows: Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Optum, Inc. is a citizen of Delaware and Minnesota. Optum Financial, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Optum Financial, Inc. is a citizen of Delaware and Minnesota. Optum Bank, Inc. is a corporation formed under the laws of Utah and its principal place of business is in Utah. Accordingly, Optum Bank, Inc. is a citizen of Utah. Optum Pay is not a legal entity and its citizenship has no impact on diversity jurisdiction. See Mem. Op. and Order, In Re: Change Healthcare, Inc. Customer Data Sec. Breach Litig., No. 0:24-md-03108 (D. Minn.), Dkt. 483 at 14 n.9 ("Optum Pay is not a legal entity and therefore cannot be sued.").



BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000 FAX:206.223.7107

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that on the date below, I caused to be served a copy of the foregoing document, on the following person(s) at the following address(es):

| | | |
|---|---|---|
| Kaleigh N. Boyd, WSBA #52684<br>McNAUL EBEL PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101-4151<br>Tel: (206) 467-1816<br>kboyd@mcnaul.com | ☒<br>☐<br>☒<br>☐<br><br>☐<br>☐ | Court E-Service<br>by U.S. Mail<br>by Electronic Mail<br>by Electronic Mail pursuant to e-service agreement<br>by Overnight Delivery<br>by Hand Delivery |
| Jonathan M. Streisfeld*<br>Jeff Ostrow*<br>KOPELOWITZ OSTROW P.A.<br>1 West Las Olas Blvd., 5th Floor<br>Fort Lauderdale, FL 33301<br>Tel: (954) 525-4100<br>ostrow@kolawyers.com<br>streisfeld@kolawyers.com | ☒<br>☐<br>☒<br>☐<br><br>☐<br>☐ | Court E-Service<br>by U.S. Mail<br>by Electronic Mail<br>by Electronic Mail pursuant to e-service agreement<br>by Overnight Delivery<br>by Hand Delivery |

*Counsel for Plaintiff and the Putative Classes*

*pro hac vice application forthcoming

DATED this 21st day of May, 2026, at Edmonds, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant



BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000 FAX:206.223.7107