THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOV WILLS, PLLC, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE SERVICES, INC., OPTUM INSIGHT, INC., CHANGE HEALTHCARE INC., CHANGE HEALTHCARE OPERATIONS, LLC, CHANGE HEALTHCARE SOLUTIONS, LLC, CHANGE HEALTHCARE HOLDINGS, INC., CHANGE HEALTHCARE TECHNOLOGIES, LLC, and CHANGE HEALTHCARE PHARMACY SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 2:26-cv-01754 LK<br><br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

THIS MATTER came before the Court on Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc. Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.'s (collectively, "Defendants") Unopposed Motion for Stay of Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation ("Motion"). The Court, having considered the Motion and other pleadings on file, and finding that just cause exists, hereby GRANTS Defendants' Motion.

~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION – 1

**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000  FAX:206.223.7107

All deadlines and proceedings in this matter are **STAYED** until further ordered by the Court.

IT IS SO ORDERED.

DATED this __3rd__ day of __June_____, 2026.

_____
THE HONORABLE LAUREN KING
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

BALLARD SPAHR LLP

By _s/ Dailey C. Koga_____
　　Barbara J. Duffy, WSBA No. 18885
　　Aaron Schaer, WSBA No. 52122
　　Dailey C. Koga, WSBA No. 58683
　　1301 Second Avenue, Suite 2800
　　Seattle, WA 98101
　　Tel: 206-223-7000
　　Fax: 206-223-7107
　　duffyb@ballardspahr.com
　　schaera@ballardspahr.com
　　kogad@ballardspahr.com

_Attorneys for Defendants_

[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION
FOR STAY OF PROCEEDINGS PENDING
DECISION BY THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION – 2

**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000  FAX:206.223.7107